UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**ALEX C. BRIGGINS,**        Case Number: 2:19-cv-13773-SJM-DRG
                                   Hon. Stephen J. Murphy III

       Plaintiff,

v.

**CONSULTING MANAGEMENT SPECIALTIES INC.,
STOCKS CREEK MI, LLC
& all other occupants**

       Defendant,

---

**STEPHEN A. THOMAS (P43260)**
Attorney for Plaintiff
645 Griswold St., Ste. 1360
Detroit, MI 48226
(313)-965-2265
sthomas@313965bank.com

**PALETZ LAW**
**By:**   **Matthew I Paletz (P65009)**
        **Mircea Iosif (P77016)**
Attorneys for Defendant Stocks Creek, MI, LLC
2800 Livernois Rd., Ste. 360
Troy, MI 48083
248-593-9090
mpaletz@paletzlaw.com
miosif@paletzlaw.com

---

## **APPEARANCE**

       TO:      United States District Court for Eastern District of Michigan; Clerk of the Court;



PALETZLAW
2800 Livernois Rd.
Suite 360
Troy, Michigan 48083

O: 248.593.9090
F: 248.593.9797

paletzlaw.com

      Please enter our Appearance as Attorneys on behalf of Stocks Creek, MI, LLC in the above entitled action.

                                                      Respectfully submitted,

**/s/ Matthew I. Paletz**
**PALETZ LAW**
**By:   Matthew I. Paletz (P65009)**
        **Mircea Iosif (P77016)**
Attorneys for Defendant, Stocks Creek
2800 Livernois Rd., Ste. 360
Troy, MI 48083
(248) 593-9090
mpaletz@paletzlaw.com
miosif@paletzlaw.com

January 29, 2020



PALETZLAW
2800 Livernois Rd.
Suite 360
Troy, Michigan 48083

O: 248.593.9090
F: 248.593.9797

paletzlaw.com



## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**ALEX C. BRIGGINS,**  Case Number: 2:19-cv-13773-SJM-DRG
  Hon. Stephen J. Murphy III

    Plaintiff,

v.

**CONSULTING MANAGEMENT SPECIALTIES INC.,**
**STOCKS CREEK MI, LLC**
**& all other occupants**

    Defendant,

---

**STEPHEN A. THOMAS (P43260)**
Attorney for Plaintiff
645 Griswold St., Ste. 1360
Detroit, MI 48226
(313)-965-2265
sthomas@313965bank.com

**PALETZ LAW**
**By:   Matthew I Paletz (P65009)**
       **Mircea Iosif (P77016)**
Attorneys for Defendant Stocks Creek, MI, LLC
2800 Livernois Rd., Ste. 360
Troy, MI 48083
248-593-9090
mpaletz@paletzlaw.com
miosif@paletzlaw.com

## **PROOF OF SERVICE**

*Matthew I. Paletz* certifies that on January 29, 2020, he electronically filed the following documents:

    (1)    Appearance & Request for Notice of Attorney for Defendant, Stocks Creek, MI, LLC; and
    (2)    This Certificate of Service,

with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Stephen A. Thomas, Esq., sthomas@313965bank.com.

                                                  /s/  Matthew I. Paletz
                                                  Matthew I. Paletz (P65009)